IRENE PERCIPPE, Respondent, *v.* ELIAS S. MANEE et al., Appellants.

*Percippe* v. *Manee*, 168 App. Div. 913, affirmed.

(Argued October 23, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action brought to recover damages for personal injuries received by the plaintiff, a tenant of an apartment on the sixth floor of defendants' apartment house, caused by the alleged defective condition of the dumbwaiter used in common by the defendants' tenants. While plaintiff had her head and shoulders inside of the dumbwaiter taking some household supplies from the bottom shelf of the dumbwaiter, it was lowered and struck her. Plaintiff's evidence tended to show that owing to a defect in the construction of the dumbwaiter it could not be brought up so that the bottom was on a level with the sill and that the plaintiff could not take the things which were in the lower part of the dumbwaiter without lifting up the shelf and putting her head and part of her body in and bending down to reach them.

*Edward P. Mowton* for appellants.

*Louis Lowenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.